ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-po-00177-SAB |
|---|---|
| Plaintiff, | [Citation #E1762326 CA/51] |
| v. | |
| TIMOTHY A. RAY, | MOTION AND ORDER FOR DISMISSAL AND TO RECALL WARRANT |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00177-SAB [Citation #E1762326 CA/51] against TIMOTHY A. RAY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States further and respectfully requests that the warrant be recalled, in the interest of justice.

DATED: April 23, 2026,                    Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

                    By:   /s/ *Joshua B. Banister*
                          JOSHUA B. BANISTER
                          Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00177-SAB [Citation #E1762326 CA/51] against TIMOTHY A. RAY is dismissed, without prejudice, and the warrant is recalled, in the interest of justice.

IT IS SO ORDERED.

Dated:    **April 23, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge